JOEL H. SIEGAL, ESQ. [SBN: 117044]
**SIEGAL & RICHARDSON, LLP**
235 Montgomery Street, Suite 1060
San Francisco, California 94104
Telephone:     415.777.5547
Facsimile:     415.777.5247
Email:         joelsiegal@yahoo.com

Attorney for Relators

Kay Fitz-Patrick (SBN 252977)
fitzpatrickk@ballardspahr.com
BALLARD SPAHR LLP
2029 Century Park East, Suite 800
Los Angeles, CA  90067-2909
Telephone: 424.204.4400
Facsimile: 424.204.4350
Email: fitzpatrickk@ballardspahr.com

Attorney for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. VICKI SWARTZELL and JOHN DOE<br><br>        Plaintiffs,<br>    v.<br><br>SINGULEX, INC.<br><br>        Defendant. | Case No.: 16-5241 KAW<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME; [PROPOSED] ORDER** |

Pursuant to Rules 6(b) and 54(d) of the Federal Rules of Civil Procedure and the federal False Claims Act, 31 U.S.C. § 3730(d), the undersigned counsel for Relators and Singulex, Inc. ("Singulex") submit this Joint Stipulation for Extension of Time for filing a motion for attorney's fees, expenses, and costs. The parties are currently engaged in negotiations regarding Relators' counsel's claim for attorney's fees and hope to reach a resolution without involving the Court. In support hereof, Relators and Singulex state as follows:

WHEREAS, on September 13, 2016, Relators filed a *qui tam* action against Singulex in this District for violations of the False Claims Act, 31 U.S.C. § 3730(b). (Dkt. 1). Relators subsequently filed an Amended Complaint on May 22, 2017, (Dkt. 5), and a Second Amended Complaint on June 21, 2018, (Dkt. 15).

WHEREAS, on August 22, 2018, the United States filed a Notice of Intervention for Purposes of Settlement advising the Court that the United States, Relators and Defendant had reached a settlement of the action. (Dkt. 17).

WHEREAS, on September 14, 2018, the United States filed a Joint Stipulation of Voluntary Dismissal requesting that the Court enter an Order, *inter alia*, as to Relators, dismissing all claims against Singulex with prejudice "except that Relators have specifically reserved and do not release Defendant from any claims for expenses, costs, and attorney's fees under 31 U.S.C. § 3730(d)." (Dkt. 18).

WHEREAS, on September 18, 2018, the Court entered such an Order. (Dkt. 19).

WHEREAS, under Rule 54(b), Relators' counsel's motion for attorney's fees is due on October 2, 2018, which is 14 days after entry of judgment.

WHEREAS, Relators' counsel and Singulex's counsel have been engaged in negotiations regarding Relators' claim for attorney's fees and need additional time to negotiate. The parties would like to avoid involving the Court through motion practice as well as save the time and effort involved in such practice. Further, neither party will suffer prejudice by this requested extension of time.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, subject to approval of the Court, that the due date for filing Relators' motion for attorney's fees, expenses, and costs, if necessary, is extended two-weeks until October 16, 2018.

IT IS SO STIPULATED.

Dated: October 2, 2018                    Siegal & Richardson, LLP


                                          _s/ Joel H. Siegal_
                                          Joel H. Siegal
                                          Attorney for Relators


IT IS SO STIPULATED.

Dated: October 2, 2018                    Ballard Spahr LLP


                                          _s/ Kay Fitz-Patrick_
                                          Kay Fitz-Patrick
                                          Attorney for Defendant
                                          Singulex, Inc

# [~~PROPOSED~~ ORDER]

Good cause shown, and based upon the Joint Stipulation, the requested extension of time is granted.

IT IS SO ORDERED,

This _3rd_ day of _October_ , 2018

HON. KANDIS A. WESTMORE
United States Magistrate Judge